[No. 19619.    Department Two.    May 17, 1926.]

W. F. CORDES, *Respondent*, v. EDMUND R. WEEK, *Appellant*.[1]

Appeal from a judgment of the superior court for Spokane county, Lindsley, J., entered June 19, 1925, upon findings in favor of plaintiff, in an action to enforce a stockholder's liability. Reversed with directions to dismiss action.

*Fred B. Morrill,* for appellant.

*Turner, Nuzum & Nuzum,* for respondent.

PER CURIAM—This is a companion case to that of *McCann Co. v. Week, ante,* p. 183, 246 Pac. 292, just decided, and upon the authority of that case the judgment will be reversed and the cause remanded with directions to the superior court to dismiss the action.

---

[No. 19621.    Department Two.    May 17, 1926.]

W. F. CORDES, *Respondent*, v. EDMUND R. WEEK, *Appellant*.[2]

Appeal from a judgment of the superior court for Spokane county, Lindsley, J., entered June 19, 1925, upon findings in favor of plaintiff, in an action to enforce a stockholder's liability. Reversed with directions to dismiss action.

*Fred B. Morrill,* for appellant.

*Turner, Nuzum & Nuzum,* for respondent.

PER CURIAM—This is also a companion case to that of *McCann Co. v. Week, ante,* p. 183, 246 Pac. 292, just decided, and upon the authority of that case the judgment will be reversed and the cause remanded with directions to the superior court to dismiss the action.

[1]Reported in 246 Pac. 295.
[2]Reported in 246 Pac. 295.